Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff THOMAS PANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PANG, | Case No.: 1:14-cv-01122-BAM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE |
| vs. | (Doc. 11) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Thomas Pang ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend for 60 days the time for Plaintiff to file Plaintiff's Opening Brief to June 12, 2015; and that Defendant shall have until July 13, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July 28, 2015.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter.  Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4
5  DATE: April 14, 2015    Respectfully submitted,

       LAW OFFICES OF LAWRENCE D. ROHLFING
6
              /s/ *Steven G. Rosales*
7           BY: _____
              Steven G. Rosales
8             Attorney for plaintiff THOMAS PANG

9
10 DATE:  April 14, 2015    BENJAMIN WAGNER
              United States Attorney
              Donna L. Calvert
11            Regional Chief Counsel, Region IX
              Social Security Administration
12

13
              */S/- Kevin G. Gill
14

15            _____
              Kevin G. Gill
16            Special Assistant United States Attorney
              Attorney for Defendant
17            [*Via email authorization]

18
19
20
21
22
23
24
25
26

**ORDER**

IT IS HEREBY ORDERED that plaintiff shall file his opening brief no later than June 12, 2015.  Defendant's opposition is due no later than July 13, 2015 (if any is forthcoming).  Any optional reply by plaintiff will be due July 28, 2015.

IT IS SO ORDERED.

Dated:   **April 17, 2015**                              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE