Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff THOMAS PANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PANG, | Case No.: 1:14-cv-01122-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE;  ORDER |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Thomas Pang ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 23, 2015; and that Defendant shall have until July 23, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due August 7, 2015.

An extension of time for plaintiff is needed due to a serious illness in Counsel's family. Counsel Spouse receives chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and has spread to her lungs and spine. Counsel requires the additional time to file Plaintiff's Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 15, 2015            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff THOMAS PANG

DATE:  June 15, 2015           BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Kevin G. Gill

_____
Kevin G. Gill
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including June 23, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to July 23, 2015 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due August 7, 2015.

IT IS SO ORDERED.

Dated: **June 23, 2015**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE