STEVEN GILBERT ROSALES
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway
Suite C-115
Santa Fe Springs, CA  90670
Telephone:  (562) 868-5886
Fax:  (562) 868-5491
Steven.rosales@rohlfinglaw.com
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| THOMAS PANG, | ) No. 1:14-cv-01122-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **EXTENSION OF BRIEFING** |
| v. | ) **SCHEDULE** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

      The parties stipulate through counsel to extend the time for Defendant to file her responsive brief in this case until October 30, 2015.  This case recently was assigned to the

Stip. for Extension of Briefing Schedule, No. 1:14-cv-01122-BAM

undersigned counsel for Defendant, who notes that the Acting Commissioner's brief is overdue. Defendant's opposing brief was due on July 23, 2015.  Counsel for Defendant submits that a logistical error occurred in managing the case.   For purposes of workload distribution, this case was slated for reassignment from former counsel of record for the government to another attorney in the Office of General Counsel for the Social Security Administration, Region IX. However, as a result of an oversight, no reassignment occurred until the week of this submission, and Defendant inadvertently missed the briefing deadline.  Counsel for Defendant requests this extension to remedy this error and allow the newly assigned counsel of record to become familiar with the case and prepare Defendant's brief.

Although two previous extensions have been entered in this case, this is Defendant's first request for an extension of time, and it is sought in good faith.

Date:  *September 28, 2015*          By:    */s/Steven Rosales\**
                                            *\*as authorized by email on Sept. 25, 2015*
                                            STEVEN GILBERT ROSALES
                                            Law Offices of Lawrence D. Rohlfing
                                            Attorney for Plaintiff


Date:  *September 28, 2015*          BENJAMIN B. WAGNER
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     By: */s/ Lara A. Bradt*
                                         LARA A. BRADT
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

///
///
///
///

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including October 30, 2015, in which to file an opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the July 24, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **September 29, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE